AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | ) |
|---|---|
| LICKERISH LTD., | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 16 CV 4843 |
| MCCARTHY, LLC and DOES 1-10, | ) |
| *Defendants* | ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   ṀÔÔŒËVPŸÊŠŠÔ
HĠÁẄÞỌJÞÁŨÛẄŒËÒÁÒŒËV
ÞÒYÁŸUÜSÊÁÞŸÁƑƐƐƐH

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Joshua R. Bressler (JB8780)
Bressler Law PLLC
3 West 35th Street, 9th Floor
New York, NY 10001
Tel: (917) 969-4343
Fax: (917) 591-7111

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____            _____
*Signature of Clerk or Deputy Clerk*